# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 1 4 2013
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>OSWALDO GARCIA MANZANO,<br><br>                Defendant. | CASE NO. 13CR0700-DMS<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

____    the Court has granted the motion of the Government for dismissal, without prejudice; or

____    the Court has granted the motion of the defendant for a judgment of acquittal; or

____    a jury has been waived, and the Court has found the defendant not guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Information:

21 USC 952 AND 960 - IMPORTATION OF COCAINE

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/14/13

_____
William McCurine, Jr.
U.S. Magistrate Judge